IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED.
DATE: 6/8/2017

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

ERIC ABBOTT,

        Plaintiff,

v.

TARGET STORES, INC.,

        Defendant.

Case No. 1:16-cv-01874-WTL-TAB

## STIPULATION OF DISMISSAL

The Parties jointly stipulate to the dismissal of this matter with prejudice, with each party to bear his or its own costs and attorneys' fees.

/s/Jason R. Ramsland
Jason R. Ramsland (#29443-29)
BALL EGGLESTON, PC
201 Main Street, Suite 810
P.O. Box 1535
Lafayette, Indiana 47902
jramsland@ball-law.com
Attorney for Plaintiff

/s/Emily Connor  (by consent)
Emily Connor and Alan McLaughlin
Littler Mendelson PC
111 Monument Circle Suite 702
Indianapolis, IN 46204
econnor@littler.com
Attorneys for Defendant